Name  ERNEST Godfrey Logan JR.
Street Address  265 S. WESTERN AVE # 74102
City and County  Los Angeles,
State and Zip Code  CALifoRnia, 90004
Telephone Number  213/528-1854
Email. ERNESTg loganJR72@gmL.Com



**FILED**

FEB 03 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST Godfrey Logan JR. #
265 S. WESTERN AVE # 74102
Los Angeles, CA 90004

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-  (MS. MARY SEES)

SEE's CANDIES
3431 S. LA Cienga Blvd
Los Angeles, CALif, 90016

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach any additional page with the full list of names.) 310/559-4919

**Complaint for a Civil Case**

Case No. 2:24-CV-0300 DC JDP(PS)
(to be filled in by the Clerk's Office)

Jury Trial:   ☒ Yes   ☐ No
(check one)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    ERNEST Godfrey LogAn JR

Street Address          265 S. WESTERn AVE #74/02

City and County         Los AngeLES.

State and Zip Code      CALiFoRniA, 90004

Telephone Number        213/528 - 1854

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                    MARY GEES

Job or Title            CAShiER / SUPERVISOR
(if known)

Street Address          3431 S. La CiengA Blvd.

City and County         Los AngELES

State and Zip Code      CALiFoRniA    90016

Telephone Number        (3/0) 559 - '4919

Defendant No. 2

Name                    (cleRK /cashiER) mix-BLACK white a LAdy

Job or Title            Reciept no nAmE   $32.00 dollaRs  (AssoRted chocolate Box)
(if known)

Street Address          3431 S. La CiengA Blvd

City and County         Los AngELES

State and Zip Code      CALiFoRniA, 900.16

Telephone Number        (3/0) 559. 4.919

2

Defendant No. 3

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

|  |  |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the.parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒  Federal question                    ☐  Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

( PRofESSIonAl nEgligEncE) follow HomE RobbERY
( GRAnd THEfT) EmbElZElmEnT ETc.
                                        cVC. 3333.1. eTc

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* ERnEST GodfREY LogAn SR , is a citizen of
        the State of *(name)* CALifoRniA .

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* L.A. mEGGAZ Don (cARd "onLinE" JAckpoT winnER) , is incorporated ETc.
        under the laws of the State of *(name)* cybERnAuTicA. Com
        and has its principal place of business in the State of *(name)*
        CALifoRniA .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* mS. MARY SEE'S , is a citizen of
        the State of *(name)* LoS AngELES . *Or is a citizen of*
        *(foreign nation)* CALifoRniA .

4

b.    If the defendant is a corporation

The defendant, *(name)* _LAdY (mix Black or white & Black) etc_, is incorporated under the laws of the State of *(name)* _LoS AngELES_, and has its principal place of business in the State of *(name)* _CALiFoRniA_. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ _26,000,000 ⁰⁰ (Twenty-Six-million-Dollars)_
_I Am AlSo c/o owner of stoRe pleAse Confiscate propeRty, ASSet._
_(40 yEAR) CustomeR) This locAtion AlwAys follow me._
_Home & RoBB. me. follow Home RobbeRy etc._

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_on NovembeR-7.2025) ARound noon 2·ºº Pm I went To (SEE CHocolate) StoRE I Bought A Red Box AssoRted cHocolAtes ¥32.00 dollARs etc. I USEd my cHAse (mAsTER cARd) on pHone 213/528-1854 (I Run wAllet (SEEs Refused). I USE AnoTHER cARd. (VISA DEBiT foRTE) #/4479 1481 etc. 1648 5o: SEEs Refused. I USE (EBT cARd) SEEs stoRE Refused. So I PAy CASH 40.dollARs ETc. I geT Box of cHocolATE. (DisCRiminATion) SEE's cAndie stoRE Refused All my Active DEBiT cARd. I HAd $19,000.00 HundRed dollARs (19. frAnklin) one HundRed dollAR Bills) . I LEFT StoRE only (9 #⑤ WAS LEFT in Pocket REmAining. Theft of $1.000 (10 #) BenjAmin frAklin. Blue notES._

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to *BACK GROUND CHECK - UPDATE* actual or punitive money damages. *I AM ALSO c/o /OWNER OF STORE -*

*$ 26.000,000.⁰⁰ TwenTy-Six-million-Dollars* *(40 YEAR CustomeR) this LocaTion Always follow me And RoBB me) of chocolaTE I Buy fRom THEKE StoRE, plus STEAL my AcTuAl-money & EAT THE chocolaTES I BougT Blue I went in stoRE with $19.000.⁰⁰) HundRed (BEn-fRanklin notes only (9⁴ WAS left when I walk Across THE STREET to (CARL JR) BuRgeRs (Rodeo) or King of LA CIENG)*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _11/7_, 20_25_

Signature of Plaintiff    *Ernest Godfrey Logan Jr*
Printed Name of Plaintiff    *ERNEST GODFREY LOGAN JR*