JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernest Godfrey Logan Jr., | Case No. |
| | CV26-1893-PA (E) |
| Plaintiff(s)/Petitioner(s) | |
| | **ORDER RE: REPORT AND RECOMMENDATION** |
| v. | **ON REQUEST TO PROCEED** |
| | ***IN FORMA PAUPERIS*** |
| See's Candies, | |
| Defendant(s)/Respondent(s) | CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

[X] accepts the findings, conclusions and recommendations of the Magistrate Judge.

[ ] rejects the findings, conclusions and recommendations of the Magistrate Judge.

[ ] _____ , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

[ ] **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.

[X] **DENIED**. This case is DISMISSED [ ] with prejudice. [X] without prejudice. **(JS-6).**

[ ] **DENIED**, with leave to amend [ ] the IFP application [ ] the complaint/petition within 30 days.
   If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.

[ ] **GRANTED**.

[ ] **GRANTED**. **IT IS FURTHER ORDERED that:**

   In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.

[ ] **GRANTED;**

   [ ] the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.

   [ ] the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

[ ] Other:

Dated: February 25, 2026

By: _____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25          Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
                      (Civil Rights, Habeas, and Social Security)